UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

JOHN FRANKLIN CABLE, )
    )
    *Petitioner*, )
    )   No.: 2:14-cv-332-JRG-DHI
v. )
    )
DAVID SEXTON, Warden[1], )
    )
    *Respondent*. )

## MEMORANDUM AND ORDER

This is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Clerk is **DIRECTED** to serve copies of the petition and this Memorandum and Order upon the respondent and the Attorney General for The State of Tennessee. Since it does not plainly appear from the face of the petition that it should be summarily dismissed, the respondent is hereby **ORDERED** to answer or otherwise respond to the petition within thirty (30) days from the date of this Order. Rule 4 of the Rules Governing Section 2254 Cases In The United States District Courts. The respondent should specifically address whether the petition was timely filed and whether the petitioner has exhausted his available state court remedies. 28 U.S.C. §§ 2244(d), 2254(b).

**E N T E R :**

                                             s/J. RONNIE GREER
                                         UNITED STATES DISTRICT JUDGE

---

[1] Petitioner named the Tennessee Department of Correction as respondent. Petitioner is in the Morgan County Correctional Complex and David Sexton, the Warden of that facility, is the proper respondent. The Clerk is **DIRECTED** to make the correction on the docket sheet.